# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TIFFANY UNDERWOOD,<br><br>  Plaintiff,<br><br>v.<br><br>RUSS DARROW GROUP INC., RUSS DARROW GREENFIELD LLC, and RUSS DARROW DODGE LLC,<br><br>  Defendants. | Case No. 18-CV-1527-JPS |
| TIFFANY UNDERWOOD,<br><br>  Plaintiff,<br><br>v.<br><br>RUSS DARROW DODGE LLC,<br><br>  Defendant. | Case No. 18-CV-1528-LA<br><br>**ORDER** |

On September 28, 2018, Plaintiff filed two civil actions. The first is a class action asserting violations of the Fair Labor Standards Act ("FLSA") and the Wisconsin Wage Payment and Collection Laws ("WWPCL"), with respect to employees of Defendants' Business Development Center. 18-CV-1527, (Docket #1). The second complaint alleges the same theories, but this time for Plaintiff herself on an individual basis. 18-CV-1528, (Docket #1). The first action was assigned to this branch of the Court, and the second was assigned to Judge Lynn Adelman.

On December 11, 2018, Defendants moved to consolidate the cases before this Court in accordance with Federal and Civil Local Rules 42. 18-

CV-1527, (Docket #14); 18-CV-1528 (Docket #12). Plaintiff has not filed an opposition to the motion and the time in which to do so has expired. Civ. L. R. 7(h). In light of Plaintiff's non-opposition, and that both cases share many commonalities of law and fact, Fed. R. Civ. P. 42, the Court will grant Defendants' motion and consolidate Case No. 18-CV-1528 with Case No. 18-CV-1527. The consolidated action will proceed in accordance with the trial schedule described in the December 19, 2018 scheduling conference held in Case No. 18-CV-1527. *See* 18-CV-1527, (Docket #16).[1]

Accordingly,

**IT IS ORDERED** that Defendants' motion to consolidate, 18-CV-1527 (Docket #14) and 18-CV-1528 (Docket #12), be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Case No. 18-CV-1528 shall be consolidated with Case No. 18-CV-1527 for all purposes. All filing from this point forward shall take place in Case No. 18-CV-1527 only; and

**IT IS FURTHER ORDERED** that the telephonic scheduling conference previously set by Judge Lynn Adelman for January 10, 2019 in Case No. 18-CV-1528 (Docket #10) be and the same is hereby **VACATED**.

Dated at Milwaukee, Wisconsin, this 27th day of December, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

---

[1] A consolidated trial scheduling order will be issued contemporaneously with this Order. Accordingly, the telephonic scheduling conference previously set in Case No. 18-CV-1528 will be vacated. *See* 18-CV-1528, (Docket #10).