# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TIFFANY UNDERWOOD,<br><br>Plaintiff,<br><br>v.<br><br>RUSS DARROW GROUP INC., RUSS DARROW GREENFIELD LLC, and RUSS DARROW DODGE LLC,<br><br>Defendants. | Case No. 18-CV-1527-JPS |
| TIFFANY UNDERWOOD,<br><br>Plaintiff,<br><br>v.<br><br>RUSS DARROW DODGE LLC,<br><br>Defendant. | Case No. 18-CV-1528-JPS<br><br>**ORDER** |

On February 18, 2019, the parties filed a joint stipulation of dismissal of these actions with prejudice and without costs or fees assessed to any party. (Docket #19). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #19) be and the same is hereby **ADOPTED**; these actions be and the same are hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 20th day of February, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge